**Order filed August 22, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00107-CV
_____

**JUNE G. BARTLE, Appellant**

**V.**

**MAIN STREET ACQUISITION CORP., Appellee**

**On Appeal from the County Court at Law No. 1**
**Galveston County, Texas**
**Trial Court Cause No. CV-0067462**

## O R D E R

Appellant's brief was due July 12, 2013. No brief or motion for extension of time has been filed.

Unless appellant submits a brief to the clerk of this court on or before **September 20, 2013**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM